UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ZACHARY HANCOCK,

    Defendant.

Case No. 3:25-cr-101

District Judge Michael J. Newman

_____

**SCHEDULING ORDER**
_____

This criminal case is before the Court following Defendant's indictment on December 9, 2025 and initial appearance on January 5, 2026. The parties have filed a proposed scheduling order in which they report that the present Speedy Trial Act deadline in this case is **March 16, 2026**.[1] Doc. No. 13. Based on the parties' proposed scheduling order, the Court sets the following schedule in this case:

| | |
|---|---|
| Discovery deadline: | **February 13, 2026** |
| Motion filing deadline: | **February 27, 2026** |
| Status report deadline: | **March 2, 2026** |
| Final pre-trial conference: | **March 3, 2026 at 9:30 AM** |
| Jury trial: | **March 16, 2026 at 9:30 AM** |

The Court is amenable to extending these deadlines upon written motion by the parties subject to the requirements of the Speedy Trial Act.

**IT IS SO ORDERED.**

January 30, 2026

s/Michael J. Newman
Hon. Michael J. Newman
United States District Judge

---

[1] If counsel disagrees with this calculation, counsel shall contact the Court with their Speedy Trial Act calculation and deadline.